**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Peter A Renkens | ) | Case no. 19-27996 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: A. Benjamin Goldgar |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Peter A Renkens

719 Cameron Drive
Antioch, IL  60002

David M Siegel
790 Chaddick Dr
Wheeling, IL 60090

Please take notice that on Friday, January 31, 2020 at 9:30 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the Park City Branch Court, 301 Greenleaf Ave, Rm B, Park City, IL 60085 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, January 8, 2020.

/s/ Kate Hayes

For:  Glenn Stearns, Trustee

---

**OBJECTION TO DISCHARGE UNDER § 1328 (f)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtor be denied and in support thereof, states the following:

1. On October 02, 2019, the debtor filed a petition under Chapter 13.
2. The Debtor received a Chapter 7 discharge in Case Number 13-20619 filed on January 19, 2013
3. The Debtor Is not entitled to a discharge under § 1328(f) because the Debtor received a Chapter 7 discharge in case filed within 4 years of the filing of the present case..

WHEREFORE, the Trustee prays that the discharge for the above referenced debtor be denied.

Respectfully Submitted;

/s/  Glenn Stearns

For:  Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888