| Creditor: | Shellpoint |
|---|---|
| Debtor: | Peter A. Renkens |
| Case No.: | 19-27996 |

**PAYMENTS RECEIVED**

Loan Status as of: 4/22/2020
Initial Due Date: 11/1/2019

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
|  | $ - | 11/1/2019 | $ 2,171.66 | $ - | $ (2,171.66) | Payment Accrued |
|  | $ - | 12/1/2019 | $ 2,171.66 | $ - | $ (2,171.66) | Payment Accrued |
|  | $ - | 1/1/2020 | $ 2,171.66 | $ - | $ (2,171.66) | Payment Accrued |
| 1/2/2020 | $ 4,343.32 |  |  | $ - | $ 4,343.32 | Funds Received |
|  | $ - | 2/1/2020 | $ 2,171.66 | $ - | $ (2,171.66) | Payment Accrued |
|  | $ - | 3/1/2020 | $ 2,171.66 | $ - | $ (2,171.66) | Payment Accrued |
|  | $ - | 4/1/2020 | $ 2,171.66 | $ - | $ (2,171.66) | Payment Accrued |
| Total: | $ 4,343.32 |  | $ 13,029.96 | $ - | $ (8,686.64) |  |

**Delinquent Payments**

| | | | | |
|---|---|---|---|---|
| 1/1/2020 | $ 1,243.49 | $ 928.17 | $ - | $ 2,171.66 |
| 2/1/2020 | $ 1,243.49 | $ 928.17 | $ - | $ 2,171.66 |
| 3/1/2020 | $ 1,243.49 | $ 928.17 | $ - | $ 2,171.66 |
| 4/1/2020 | $ 1,243.49 | $ 928.17 | $ - | $ 2,171.66 |
| Delinquency | | | $ | 8,686.64 |
| Less Suspense | | | $ | - |
| Total Delinquency | | | $ | 8,686.64 |

Exhibit D