REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s)  Peter A Renkens        Case No.  19-27996        Chapter  13

All Cases: Moving Creditor  NewRez LLC d/b/a Shellpoint Mortgage Servicing as the servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Deephaven Residential Mortgage Trust 2019-1        Date Case Filed  10/2/2019

Nature of Relief Sought:    ■ Lift Stay    □ Annul Stay    □ Other (describe) _____

Chapter 13:    Date of Confirmation Hearing  12/6/2019    Or Date Plan Confirmed  01/31/2020

Chapter 7:    □ No-Asset Report Filed on _____
              □ No-Asset Report not filed, Date of Creditors Meeting  11/4/2019

1. Collateral
   a.  ■ Home
   b.  □ Car Year, Make, and Model _____
   c.  □ Other (describe) _____

2. Balanced Owed as of April 22, 2020    $170,657.39, principal balance, $187,579.57 payoff balance
   Total of all other Liens against Collateral _____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   Attached as Exhibit D

4. Estimated Value of Collateral (must be supplied in *all* cases)    $259,000.00 based on Debtors Schedule A/B

5. Default
   a.  □ Pre-Petition Default
       Number of months _____    Amount _____
   b.  ■ Post-Petition Default
       i.  ■ On direct payments to the moving creditor
           Number of months  4    Amount  $8,686.64
       ii. □ On payments to the Standing Chapter 13 Trustee
           Number of Months _____    Amount _____

6. Other Allegations
   a.  □ Lack of Adequate Protection § 362(d)(1)
       i.   □ No insurance
       ii.  □ Taxes unpaid    Amount  $ _____
       iii. □ Rapidly depreciating asset
       iv.  □ Other (describe) _____

   b.  □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

   c.  □ Other "Cause" § 362(d)(1)
       i.   □ Bad Faith (describe) _____
       ii.  □ Multiple Filings
       iii. □ Other (describe) _____

   d.  Debtor's Statement of Intention regarding the Collateral
   i.  □ Reaffirm    ii.  □ Redeem    iii.  □ Surrender    iv.  ■ No Statement of Intention Filed

Date:    May 12, 2020            /s/ Josephine J. Miceli
                                  Counsel for Movant