| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Peter A Renkens | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the : Northern | District of | Illinois (State) |
| Case number | 19-27996 | |

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Deephaven Residential Mortgage Trust 2019-1 | **Court claim no.** (if known): | 4-2 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX5148 | **Date of payment change:** Must be at least 21 days after date of this notice | 11/1/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $2,276.83 |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   Current escrow payment:    $ 928.17                     New escrow payment :    $ 1,033.34

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   Current interest rate:         %                     New interest rate:         %
   Current principal and interest payment:    $ _____      New principal and interest payment:    $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:    $ _____         New mortgage payment:    $ _____

Debtor 1 **Peter A Renkens** Case number *(if known)* 19-27996
First Name  Middle Name  Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Toni Townsend                         Date  9/24/2020
   Signature

Print:  Toni                    Townsend           Title  Authorized Agent for Creditor
        First Name  Middle Name  Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number      Street
         Roswell              GA           30076
         City                 State        ZIP Code

Contact phone  (312) 346-9088 X5174             Email  Toni.Townsend@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-27996 |
|  | Chapter: 13 |
| Peter A Renkens | Judge: A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Peter A Renkens
719 Cameron Drive
Antioch, IL 60002

David M Siegel                    *(served via ECF Notification)*
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Glenn B Stearns, Trustee          *(served via ECF Notification)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng                   *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   9/24/2020        By:   /s/Toni Townsend
              (date)                  Toni Townsend
                                      Authorized Agent for Creditor

**Shellpoint Mortgage Servicing**

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

PETER A RENKENS
719 Cameron Drive
Antioch IL 60002

Analysis Date: August 31, 2020
Loan:
Property Address:
719 Cameron Drive
Antioch, IL 60002

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Nov 01, 2020 | Prior Esc Pmt | November 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,243.49 | $1,243.49** | P & I Pmt: | $1,243.49 | Due Date: | November 01, 2019 |
| Escrow Pmt: | $928.17 | $1,033.34 | Escrow Pmt: | $928.17 | Escrow Balance: | -$2,168.62 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $11,138.04 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $1,612.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $2,171.66 | $2,276.83 | Total Payment | $2,171.66 | Anticipated Escrow Balance: | $7,357.42 |

| Shortage/Overage Information | Effective Nov 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $12,400.08 |
| Required Cushion | $2,066.68 |
| Required Starting Balance | $3,100.02 |
| Escrow Shortage | $0.00 |
| Surplus | $4257.40 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 2,066.68. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 2,066.68 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Nov 2019 to Oct 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,784.53 | (4,077.50) |
| Nov 2019 | 928.17 | | | | * | | 3,712.70 | (4,077.50) |
| Dec 2019 | 928.17 | | | | * | | 4,640.87 | (4,077.50) |
| Jan 2020 | 928.17 | | | | * | | 5,569.04 | (4,077.50) |
| Jan 2020 | | 1,856.34 | | | * | Escrow Only Payment | 5,569.04 | (2,221.16) |
| Feb 2020 | 928.17 | | | | * | | 6,497.21 | (2,221.16) |
| Mar 2020 | 928.17 | | | | * | | 7,425.38 | (2,221.16) |
| Apr 2020 | 928.17 | | | | * | | 8,353.55 | (2,221.16) |
| May 2020 | 928.17 | | | | * | | 9,281.72 | (2,221.16) |
| May 2020 | | | | 5,394.04 | * | County Tax | 9,281.72 | (7,615.20) |
| Jun 2020 | 928.17 | 928.17 | 4,763.03 | | * | County Tax | 5,446.86 | (6,687.03) |
| Jun 2020 | | 2,784.51 | | | * | Escrow Only Payment | 5,446.86 | (3,902.52) |
| Jul 2020 | 928.17 | | | | * | | 6,375.03 | (3,902.52) |
| Aug 2020 | 928.17 | | | | * | | 7,303.20 | (3,902.52) |
| Aug 2020 | | | | 5,394.04 | * | County Tax | 7,303.20 | (9,296.56) |
| Sep 2020 | 928.17 | | 4,763.03 | | * | County Tax | 3,468.34 | (9,296.56) |
| Sep 2020 | | | 1,612.00 | | * | Hazard | 1,856.34 | (9,296.56) |
| Oct 2020 | 928.17 | | | | * | | 2,784.51 | (9,296.56) |
| | | | | | | Anticipated Transactions | 2,784.51 | (9,296.56) |
| Sep 2020 | | P | 1,612.00 | | | Hazard | | (10,908.56) |
| Oct 2020 | | 11,138.04 P | | | | | | 229.48 |
| | $11,138.04 | $16,707.06 | $11,138.06 | $12,400.08 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107
Final

| | | Analysis Date: | August 31, 2020 |
|---|---|---|---|
| | | Loan: | |

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 7,357.42 | 3,100.02 |
| Nov 2020 | 1,033.34 | | | 8,390.76 | 4,133.36 |
| Dec 2020 | 1,033.34 | | | 9,424.10 | 5,166.70 |
| Jan 2021 | 1,033.34 | | | 10,457.44 | 6,200.04 |
| Feb 2021 | 1,033.34 | | | 11,490.78 | 7,233.38 |
| Mar 2021 | 1,033.34 | | | 12,524.12 | 8,266.72 |
| Apr 2021 | 1,033.34 | | | 13,557.46 | 9,300.06 |
| May 2021 | 1,033.34 | | | 14,590.80 | 10,333.40 |
| Jun 2021 | 1,033.34 | 5,394.04 | County Tax | 10,230.10 | 5,972.70 |
| Jul 2021 | 1,033.34 | | | 11,263.44 | 7,006.04 |
| Aug 2021 | 1,033.34 | | | 12,296.78 | 8,039.38 |
| Sep 2021 | 1,033.34 | 1,612.00 | Hazard | 11,718.12 | 7,460.72 |
| Sep 2021 | | 5,394.04 | County Tax | 6,324.08 | 2,066.68 |
| Oct 2021 | 1,033.34 | | | 7,357.42 | 3,100.02 |
| | $12,400.08 | $12,400.08 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 7,357.42.  Your starting
balance (escrow balance required) according to this analysis should be $3,100.02.  This means you have a surplus of 4,257.40.
This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 12,400.08.  We divide that amount by the number of payments expected during the coming year
to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $1,033.34 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $1,033.34 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, T
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION